No. 264.  HALLIBURTON OIL WELL CEMENTING Co. *v.* REILY, COLLECTOR OF REVENUE OF LOUISIANA.  Appeal from the Supreme Court of Louisiana.  (Probable jurisdiction noted, 368 U. S. 809.)  Argued March 26–27, 1962.  This case is restored to the calendar for reargument.  *Benjamin B. Taylor, Jr.* argued the cause for appellant.  With him on the briefs were *Robert O. Brown, Robert E. Rice, C. Vernon Porter, Laurance W. Brooks, Frank W. Middleton, Jr.* and *Tom F. Phillips.  Chapman L. Sanford* argued the cause for appellee.  With him on the briefs were *John B. Smullin* and *Emmett E. Batson.*  Briefs of *amici curiae,* in support of appellant, were filed by *Cicero C. Sessions* for Sperry Rand Corp.; *Forrest M. Darrough* for Humble Oil & Refining Co.;

836

*Charles D. Marshall* for Thomas Jordan, Inc.; *Albert L. Hopkins* for Chicago Bridge & Iron Co.; *Ben R. Miller* for American Can Co.; and *Robert E. Leake, Jr.* for Rosson-Richards Processing Co. et al.

